NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ACACIA MEDIA TECHNOLOGIES CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**MEDIACOM COMMUNICATIONS CORPORATION, BRESNAN COMMUNICATIONS LLC, CEBRIDGE CONNECTIONS, and CABLE ONE INC.,**
*Defendants-Appellees,*

**and**

**HOSPITALITY NETWORK, INC., COXCOM, INC., and CABLE AMERICA CORP.,**
*Defendants-Appellees,*

**and**

**CHARTER COMMUNICATIONS, INC., ARMSTRONG GROUP, WIDE OPEN WEST LLC, EAST CLEVELAND CABLE TV AND COMMUNICATIONS LLC, MASSILLON CABLE TV INC., MID-CONTINENT MEDIA, INC., US CABLE HOLDINGS LP, SJOBERG'S CABLEVISION, INC., SAVAGE COMMUNICATIONS INC., LORETEL CABLEVISION, CANNON VALLEY COMMUNICATIONS, INC., ARVIG COMMUNICATIONS SYSTEMS, NPG CABLE INC., and BLOCK COMMUNICATIONS INC.,**
*Defendants-Appellees,*

**and**

**THE DIRECTV GROUP, INC.,**
*Defendant-Appellee,*
**and**

**ECHOSTAR SATELLITE LLC and ECHOSTAR TECHNOLOGIES CORPORATION,**
*Defendants-Appellees,*

**and**

**COMCAST CABLE COMMUNICATIONS, LLC and INSIGHT COMMUNICATIONS COMPANY, INC.,**
*Defendants-Appellees,*

**and**

**CSC HOLDINGS, INC.,**
*Defendant-Appellee,*

**and**

**GAME LINK INC., ACMP LLC, CYBERNET VENTURES INC., GLOBAL AVS INC., NATIONAL A-1 ADVERTISING INC., AEBN INC., ADEMIA MULTIMEDIA LLC, AUDIO COMMUNICATIONS INC., CYBER TREND INC., INNOVATIVE IDEAS INTERNATIONAL LTD. (DOING BUSINESS AS ADULT REVENUE SERVICES), LIGHTSPEED MEDIA GROUP INC., NEW DESTINY INTERNET GROUP LLC, and VS MEDIA INC.,**
*Defendants-Appellees,*

**and**

**OFFENDALE COMMERCIAL LIMITED BV,**
*Defendant-Appellee,*

**and**

**INTERNATIONAL WEB INNOVATIONS INC.,**
*Defendant-Appellee,*

**and**

**TIME WARNER CABLE, INC.,**
*Defendant-Appellee,*

**and**

**ASKCS.COM INC.,**
*Defendant.*

_____

2010-1081

_____

Appeal from the United States District Court for the Northern District of California in case no. 05-CV-1114 and MDL case no. 05-1665, Judge James Ware.

_____

**JUDGMENT**

_____

RODERICK G. DORMAN, Hennigan, Bennett & Dorman LLP, of Los Angeles, California, argued for plaintiff-appellant. With him on the brief were ALAN P. BLOCK, MIEKE K. MALMBERG and MARC MORRIS.

DAVID S. BENYACAR, Kaye Scholer LLP, of New York, New York, argued for defendants-appellees, Time Warner Cable, Inc., Mediacom Communications Corporation, et al, and CSC Holdings, Inc. With him on the brief for Time Warner Cable, Inc., was DANIEL L. REISNER.

BENJAMIN HERSHKOWITZ, Gibson, Dunn & Crutcher, LLP, of New York, New York, for defendant-appellee CSC Holdings, Inc. With him on the brief were MARK A. PERRY and TANYA MAZUR.

ANNAMARIE A. DALEY, Barnes & Thornburg LLP, of Minneapolis, Minnesota, for defendant-appellee Hospitality Network, Inc., et al.

JONATHAN E. SINGER, Fish & Richardson, P.C., of Minneapolis, Minnesota, for defendant-appellee Game Link Inc., et al. On the brief was TODD G. MILLER, of San Diego, California. Of counsel was WILLIAM C. SHEAR, of Dallas, Texas.

VICTOR S. DE GYARFAS, Foley & Lardner LLP, of Los Angeles, California, for defendant-appellee International Web Innovations, Inc.

MITCHELL D. LUKIN, Baker Botts LLP, of Houston, Texas, for defendant-appellee Mediacom Communications Corporation, et al.

BRADFORD P. LYERLA, Marshall, Gerstein & Borun LLP, of Chicago, Illinois, for defendant-appellee Charter Communications, Inc. On the brief was JEFFREY H. DEAN.

JAMES M. SLOMINSKI, The Hecker Law Group, of Los Angeles, California, for defendant-appellee Offendale Commercial Limited BV. Of counsel was GARY A. HECKER.

GREGORY A. CASTANIAS, Jones Day, of Washington, DC, for defendant-appellee The DirecTV Group, Inc. With him on the brief were JENNIFER L. SWIZE; and KEVIN G. MCBRIDE and LOUIS L. TOUTON, of Los Angeles, California.

RACHEL KREVANS, Morrison & Foerster LLP, of San Francisco, California, for defendant-appellee Echostar Satellite LLC, et al. With her on the brief were MATTHEW I. KREEGER, JASON A. CROTTY and HEATHER R. BOBKOVA; and DEANNE E. MAYNARD, of Washington, DC.

DAVID J. SILBERT, Keker & Van Nest, LLP, of San Francisco, Californa, for defendant-appellee Comcast Cable Communications, LLC, et al. With him on the brief was DANIEL E. JACKSON.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MAYER, MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 7, 2010          /s/ Jan Horbaly
Date                          Jan Horbaly
                                  Clerk